HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LUCINDA N. BUREAU,<br><br>Plaintiff,<br><br>vs.<br><br>LINT VAN LINES, INC., a foreign corporation, and DANIEL A. COLLIER, and "JANE DOE" COLLIER, individually and as husband and wife, and the marital community composed thereof,<br><br>Defendants. | No. 2:21-CV-01217-TL<br><br>~~PROPOSED~~ ORDER GRANTING AMENDED STIPULATED MOTION FOR CONTINUANCE OF CERTAIN CASE DEADLINES |

This matter comes before the Court on the Parties' Amended Stipulated Motion for Continuance of Certain Case Deadlines (Dkt. No. 17). The parties ask the Court to adjust the deadlines as set forth below.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures Due | September 7, 2022 | October 21, 2022 |
| Rebuttal Expert Disclosures Due | October 7, 2022 | November 4, 2022 |
| Discovery Motion Deadline | October 7, 2022 | November 4, 2022 |

Having reviewed the parties' submission, the Court finds there is good cause for extending the deadlines above. Therefore, the parties stipulated motion is GRANTED, and the

~~PROPOSED~~ ORDER GRANTING AMENDED
STIPULATED MOTION FOR CONTINUANCE
OF CERTAIN CASE DEADLINES-
Case No. 2:21-CV-01217-TL –Page 1

proposed deadlines above shall become the effective deadlines for those events. This Order shall not affect any other deadlines in this case.

DATED this 2nd day of September 2022.

Tana Lin
United States District Judge